1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                   EUREKA DIVISION

7

8    ROBERT BRIONES,                              Case No.  23-cv-04701-RMI

9                      Plaintiff,

10           v.                                   **ORDER TO SHOW CAUSE**

11   MENDOCINO CAFE, INC.,

12                     Defendant.

13

14          On September 13, 2023, Plaintiff Robert Briones filed a complaint against Defendant

15   Mendocino Cafe for certain violations of the Americans with Disabilities Act and corresponding

16   California Civil Code. Pl.'s Compl. (Dkt. 1) at 6-9. Defendant was served on September 22, 2024

17   (*see* dkt. 7) and Plaintiff consented to the jurisdiction of a magistrate judge on September 28, 2023

18   (dkt. 8). Defendant has yet to file an answer or consent to the undersigned's jurisdiction.

19          On December 12, 2023, the court held the initial case management conference, but neither

20   party appeared. (Dkt. 10). Later that day, Plaintiff filed a statement explaining the parties'

21   absence. *See* (Dkt. 9). Plaintiff explained that since service of the Complaint, the parties have

22   engaged in settlement discussions, including some limited informal discovery on the part of

23   Defendant. *Id.* at 2. Plaintiff informed the court that he would soon file a notice of settlement, or,

24   should settlement discussions fail, Defendant would shortly file an answer. *Id.* However, nothing

25   has been filed in this matter since that notice on December 12th.

26          Rule 41(b) of the Federal Rules of Civil Procedure permits the court to dismiss actions for

27   failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *see also*

28   *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992) (The court has "inherent power" to control its

United States District Court
Northern District of California

docket and may "impose sanctions, including dismissal, in the exercise of that discretion."). While it is not the undersigned's intention to dismiss this action based on this record and Plaintiff's statement regarding the parties attempts to informally resolve the matter, because the undersigned does not have full consent of all of the parties and there have been no motions to extend time for service and no other filings on the record concerning the prosecution of this action, the undersigned must ORDER that Plaintiff show cause, within 21 days of the date of this order, as to why this matter should not be dismissed pursuant to Rule 41(b) for failure to prosecute. If the parties would like the undersigned to continue presiding over this matter, Defendant needs to execute and return the attached consent form. Without the consent of both parties, this matter will be randomly reassigned to a District Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 19, 2024

ROBERT M. ILLMAN
United States Magistrate Judge